# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2194 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 85 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 204779 |
| JOSEPH A. RIZZO | : | |
| Respondent | : | (Northampton County) |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 21st day of September, 2015, upon consideration of the Report and Recommendations of the Disciplinary Board, Joseph A. Rizzo is disbarred from the Bar of this Commonwealth, and he shall comply with all the provisions of Pa. R.D.E. 217.

Respondent shall pay costs to the Disciplinary Board pursuant to Pa. R.D.E. 208(g).